# In the United States Court of Federal Claims

Nos. 12-382 and 14-003

Filed: December 9, 2015

*******************************************

BILOXI MARSH LAND CORP., LAKE
EUGENIE LAND & DEVELOPMENT INC., THE
BORGNEMOUTH REALTY CO., LTD. and
THE LIVAUDAIS CO., L.L.C.

     Plaintiffs,

v.

THE UNITED STATES,

     Defendant.

*******************************************

## ORDER

Pursuant to the December 9, 2015 telephone conference, the Government's December 2, 2015 Motion To Compel Discovery Responses is denied.

**IT IS SO ORDERED.**

         s/ Susan G. Braden
        **SUSAN G. BRADEN**
        **Judge**